# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Theresa L. O'Brien aka Theresa Lynn O'Brien | CHAPTER 13 |
|       Francis P. O'Brien aka Francis Patrick O'Brien | BKY. NO. 16-16972 MDC |
|                     Debtors | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 3534

                                              Respectfully submitted,

                                              **/s/Thomas I. Puleo, Esquire**
                                              Thomas Puleo, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6309  FAX (215) 825-6409