| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **P.** | **O'Brien** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Theresa** | **L.** | **O'Brien** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **16-16972 mdc** | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:  Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming?    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**4450 Garden St**<br>**zillow estimate**<br>**Parcel: 453330100**<br>Line from *Schedule A/B*:  **1.1** | $134,447.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:<br>**1207 New York Ave**<br>**zillow on line**<br>**Parcel: 070017700000003**<br>Line from *Schedule A/B*:  **1.2** | $302,432.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C            Schedule C: The Property You Claim as Exempt            page 1

Debtor 1 **Francis P. O'Brien**
Debtor 2 **Theresa L. O'Brien**

Case number (if known) **16-16972 mdc**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **ice cream/water ice stand**<br>Line from *Schedule A/B*: **1.3** | $40,000.00 | ☑ $18,458.67<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2007 Ford Focus**<br>Line from *Schedule A/B*: **3.1** | $1,200.00 | ☑ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2000 Ford Mustang (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.2** | $1,400.00 | ☑ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2000 Ford Mustang (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.2** | $1,400.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2000 Chevy Van (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.3** | $200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2000 Chevy Van (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.3** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **2000 Ford Winstar/ junk (1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.4** | $1.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2000 Ford Winstar/ junk (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.4** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **misc furnishings**<br>Line from *Schedule A/B*: **6** | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1  **Francis P. O'Brien**
Debtor 2  **Theresa L. O'Brien**

Case number (if known)  **16-16972 mdc**

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**misc clothing**<br>Line from *Schedule A/B*: __11__ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**misc jewelry**<br>Line from *Schedule A/B*: __12__ | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**Checking account Citizens**<br>Line from *Schedule A/B*: __17.1__ | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**401(k) or similar plan**<br>Line from *Schedule A/B*: __21__ | $62,000.00 | ☑ $62,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| Brief description:<br>**worker's compensation claim Dec. 16, 2013**<br>**Attorney James Muller (215-769-8505)**<br>Line from *Schedule A/B*: __33__ | $120,000.00 | ☑ $120,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(E) |
| Brief description:<br>**closed ice cream shop misc. inventory**<br>Line from *Schedule A/B*: __44__ | $1,300.00 | ☑ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |