IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Francis P. O'Brien aka Francis Patrick O'Brien and Theresa L. O'Brien aka Theresa Lynn O'Brien | : Bankruptcy No. 16-16972 MDC<br>:<br>:<br>: Chapter 13 |
|                   Debtors<br>Central Penn Capital Management, LLC | : |
|                   Movant | : |
| vs. | : |
| Francis P. O'Brien aka Francis Patrick O'Brien and Theresa L. O'Brien aka Theresa Lynn O'Brien<br>                  Debtors/Respondents | : |
| and | : |
| William C. Miller, Esquire<br>                  Trustee/Respondent | : |

## **OBJECTION TO CONFIRMATION OF THE PLAN**

Movant, Central Penn Capital Management, LLC ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtors, Francis P. O'Brien aka Francis Patrick O'Brien and Theresa L. O'Brien aka Theresa Lynn O'Brien ("Debtors"), as follows:

     1.     As of the bankruptcy filing date of October 1, 2016, Movant holds a secured claim against the Debtors' properties, located at: 4700 Richmond Street, Philadelphia, PA 19137; 4450 Garden Street, Philadelphia, PA 19137; and 1207 New York Avenue, Wildwood, NJ 08260 (the "Properties").

     2.     Movant has filed a Proof of Claim on February 10, 2017 citing pre-petition arrears in the amount of $85,175.10.

     3.     The Plan currently proposes payment to Movant in the amount of $0.00 for pre-petition arrears.

     4.     The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. Moreover, the real estate taxes continue to accrue past due on the Properties, and one of the Properties continues to be vacant.

6. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

7. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 3/02/2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-16972-mdc |
| Francis P. O'Brien aka Francis Patrick O'Brien and Theresa L. O'Brien aka Theresa Lynn O'Brien | : : : Chapter 13 |
| Debtors | : |
| Central Penn Capital Management, LLC | : |
| Movant | : |
| vs. | : |
| Francis P. O'Brien aka Francis Patrick O'Brien and Theresa L. O'Brien aka Theresa Lynn O'Brien | : |
| Debtors/Respondents | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

### CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, Danielle Boyle-Ebersole, Esquire, attorney for Central Penn Capital Management, LLC ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on March 2, 2017:

John L. McClain, Esquire
Via Electronic Filing
*Attorney for Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Francis P. O'Brien aka Francis Patrick O'Brien
4450 Garden Street
Philadelphia, PA 19137
Via First Class Mail
*Debtor*

Theresa L. O'Brien aka Theresa Lynn O'Brien
4450 Garden Street
Philadelphia, PA 19137
Via First Class Mail
*Debtor*

Respectfully Submitted,

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121