**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    O'Brien, Francis P.                : Chapter 13
    O'Brien, Theresa L.

        Debtors                      : 16-16972 mdc

**CERTIFICATE OF SERVICE**

    I certify that on  March 10, 2017, I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Application for Employment of Counsel, Order and Notice of Hearing to Consider Application to the parties listed below.

Dated: March 10, 2017.

                               "/s/" Mitchell J. Prince
                               John L. McClain, Esquire
                               Mitchell J. Prince, Esquire
                               Attorneys for debtors

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

Nicholas L. Palazzo, Esquire
DeFino Law Associates, P.C.
2541 S. Broad Street
Philadelphia, PA 19148

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137