United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis P. O'Brien  
Theresa L. O'Brien  
    Debtors

Case No. 16-16972-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Apr 05, 2017  
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
        +Nicholas L. Palazzo Esquire,   DeFino Law Associates P.C.,   2541 S. Broad Street,   Philadelphia, Pa 19148-4309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Central Penn Capital Management, LLC    debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
        JOHN L. MCCLAIN    on behalf of Joint Debtor Theresa L. O'Brien aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Debtor Francis P. O'Brien aaamcclain@aol.com, edpabankcourt@aol.com  
        STEPHEN M HLADIK    on behalf of Creditor    Central Penn Capital Management, LLC    shladik@hoflawgroup.com, debersole@hoflawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
    O'Brien, Francis P.
    O'Brien, Theresa L.
        Debtors                          : 16-16972 mdc

### ORDER APPROVING EMPLOYMENT OF COUNSEL

**AND NOW,** this 5th day of April 2017, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtors are authorized to employ Nicholas L. Palazzo, Esquire of DeFino Law Associates, P.C. as counsel in the matter of <u>O'Brien ETAL VS Hayden Real Estate Investments, LLC ETAL</u> Court of Common Pleas of Philadelphia County, Case No. 151100683. Compensation shall be paid counsel only upon further application, notice, and order of this Court.

BY THE COURT

_____
JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137

Nicholas L. Palazzo, Esquire
DeFino Law Associates, P.C.
2541 S. Broad Street
Philadelphia, PA 19148

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106