# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-16972-MDC

FRANCIS P. O'BRIEN
THERESA L. O'BRIEN
4450 Garden Street

Philadelphia, PA 19137

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FRANCIS P. O'BRIEN
    THERESA L. O'BRIEN
    4450 Garden Street

    Philadelphia, PA 19137

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                                          /S/ William C. Miller

Date: 4/17/2017                                                 _____

                                                                        William C. Miller, Esquire
                                                                        Chapter 13 Standing Trustee