**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    O'Brien, Francis P.                 : Chapter 13
    O'Brien, Theresa L.

        Debtors                       : 16-16972 mdc

**CERTIFICATE OF SERVICE**

    I certify that on  June 12, 2017, I mailed by regular first class mail and or by electronic means, a copy of the Debtor's Application for Employment of Workmen's Compensation Counsel, Order and Notice of Hearing to Consider Application to the parties listed below.

Dated:  June 12, 2017.

                      "/s/" Mitchell J. Prince
                      John L. McClain, Esquire
                      Mitchell J. Prince, Esquire
                      Attorneys for debtors

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

James J. Muller, Esquire
Law Offices of Steiner, Segal, Muller & Donan
Suite 217
715 Twining road
Dresher, PA 19025
FAX: 215-881-8953
EMAIL: JMuller@disabledatwork.com

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106