**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                            : Chapter 13

O'Brien, Francis P.
O'Brien, Theresa L.
      Debtors                          :         16-16972 mdc

**CERTIFICATE OF SERVICE OF
DEBTOR'S AMENDED CHAPTER 13 PLAN**

    I certify that on  June 12, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served  a copy of the Debtor's Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: June 12, 2017

                                 "/s/"Mitchell J. Prince
                                 John L. McClain, Esquire
                                 Mitchell J. Prince, Esquire
                                 Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072