**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
    O'Brien, Francis P.
    O'Brien, Theresa L.
        Debtors                        : 16-16972 mdc


**ORDER APPROVING EMPLOYMENT OF COUNSEL**

    **AND NOW,** this ¹⁹ᵗʰ day of    July    2017, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

    Debtors are authorized to employ James J. Muller, Esquire of the Law Offices of Steiner, Segal, Muller & Donan as counsel in Debtor's Workers' Compensation Claim and in the Termination Petition with the Pennsylvania Department of Labor and Industry Worker's Compensation Office of Adjudication, Claim No. 7257869.  Compensation shall be paid counsel only upon further application, notice, and order of this Court.

              BY THE COURT

              *Magdeline D. Coleman*
          _____
          JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137

James J. Muller, Esquire
Law Offices of Steiner, Segal, Muller & Donan
Suite 217
715 Twining road
Dresher, PA 19025
FAX: 215-881-8953
EMAIL: JMuller@disabledatwork.com

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106