United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis P. O'Brien  
Theresa L. O'Brien  
    Debtors

Case No. 16-16972-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR        Page 1 of 1        Date Rcvd: Jul 19, 2017  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.  
db/jdb       +Francis P. O'Brien,   Theresa L. O'Brien,   4450 Garden Street,   Philadelphia, PA 19137-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:  
        DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Central Penn Capital Management, LLC  
         debersole@hoflawgroup.com,  bbleming@hoflawgroup.com  
        JOHN L. MCCLAIN   on behalf of Debtor Francis P. O'Brien aaamcclain@aol.com,   edpabankcourt@aol.com  
        JOHN L. MCCLAIN   on behalf of Joint Debtor Theresa L. O'Brien aaamcclain@aol.com,   edpabankcourt@aol.com  
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,   james.feighan@phila.gov  
        STEPHEN M HLADIK   on behalf of Creditor   Central Penn Capital Management, LLC   shladik@hoflawgroup.com,  debersole@hoflawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                      TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : Chapter 13
    O'Brien, Francis P.
    O'Brien, Theresa L.
        Debtors                   : 16-16972 mdc

## ORDER APPROVING EMPLOYMENT OF COUNSEL

    **AND NOW,** this 19th day of July 2017, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

    Debtors are authorized to employ James J. Muller, Esquire of the Law Offices of Steiner, Segal, Muller & Donan as counsel in Debtor's Workers' Compensation Claim and in the Termination Petition with the Pennsylvania Department of Labor and Industry Worker's Compensation Office of Adjudication, Claim No. 7257869. Compensation shall be paid counsel only upon further application, notice, and order of this Court.

                            BY THE COURT

                            *Magdeline D. Coleman*
                            _____
                            JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137

James J. Muller, Esquire
Law Offices of Steiner, Segal, Muller & Donan
Suite 217
715 Twining road
Dresher, PA 19025
FAX: 215-881-8953
EMAIL: JMuller@disabledatwork.com

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106