**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

     O'Brien, Francis P.           : Chapter 13
     O'Brien, Theresa L.
         Debtors           : 16-16972 mdc

## CERTIFICATE OF SERVICE

     I certify that on  December 4, 2017, I mailed by regular first class mail and or by electronic means, a copy of the Debtors' **AMENDED MOTION TO ALLOW SETTLEMENT OF WORKER'S COMPENSATION CLAIM, THIRD PARTY CLAIMS AND APPROVAL OF PAYMENT OF COUNSEL FEES AND COSTS.**

Dated  December 4, 2017.

                    "/s/" Mitchell J. Prince
                    John L. McClain, Esquire
                    Mitchell J. Prince, Esquire
                    Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Nicholas L. Palazzo, Esquire
DeFino Law Associates, P.C.
2541 S. Broad Street
Philadelphia, PA 19148

James J. Muller, Esquire
Law Offices of Steiner, Segal, Muller & Donan
Suite 217, 715 Twining road
Dresher, PA 19025
FAX: 215-881-8953

Mitchell F. Palazzo
Carpenter, McCadden & Lane
106 Chesley Drive
Media, PA 19063

Tabas & Rosen PC

1601 Market Street
Suite 2300
Philadelphia, PA 19103
ATTN: Jack Zasowski, Legal Assistant

Francis P. and Theresa L. O'Brien
4450 Garden Street
Philadelphia, PA 19137