IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    O'Brien, Francis P.
    O'Brien, Theresa L.
        Debtors                              : 16-16972 mdc

## AMENDED ORDER
## ALLOWING SETTLEMENT OF DEBTORS'
## WORKER'S COMPENSATION CLAIM, THIRD PARTY CLAIMS AND APPROVAL OF
## PAYMENT OF COUNSEL FEES AND COSTS

AND NOW, this 21st day of December 2017, upon consideration of the Motion of Debtors, Francis P. O'Brien and Theresa L. O'Brien, for settlement of Debtors' Worker's Compensation Claim, Third Party Claims, and payment of counsel fees and costs, and any answer thereto, it is hereby **ORDERED** as follows:

    (A) Debtor's settlement of his Worker's Compensation Claim for $125,000.00 is hereby approved;

    (B) Payment of 20% counsel fees of Worker's Compensation Claim settlement in the amount of $25,000.00 to Jim Muller, Esquire is allowed;

    (C) Payment of $12,070.95 for cost reimbursement of Worker's Compensation Claim Settlement payable to Jim Muller, Esq., payable directly to Jim Muller, Esquire, from Great Divide Insurance Company is allowed;

    (D) Payment to Debtor of $100,000.00 representing the net worker's compensation settlement/asset of Francis O'Brien is allowed;

    (E) Debtors' settlement of their Third Party Claims for $265,000.00 is hereby approved;

    (F) Payment of 37% legal fee of the Third Party Settlement Claims in the amount of $98,050.00 from the proceeds of the Third Party Settlement Agreement to DeFino Law Associates, P.C. General Account payable out of DeFino Law Associates, P.C. Escrow Account is allowed;

    (G) Payment of $6,268.81 for costs of litigation the Third Party Settlement Claims from the proceeds of the Third Party Settlement Agreement to DeFino Law Associates, P.C. General Account payable out of DeFino Law Associates, P.C. Escrow Account is allowed;

    (H) Payment of $10,000.00 for the reduced settlement amount of Thomas Jefferson Bill from the proceeds of the Third Party Settlement Agreement payable to

Thomas Jefferson University Hospital to the attention of Jack Zasowski, payable out of DeFino Law Associates, P.C. Escrow Account is allowed;

(I) Payment of $63,925.07 from the proceeds of the Third Party Settlement Agreement for reimbursement payment of Frank's Worker's compensation lien pursuant to PA LmC - 380 Rev 09-13 (third party settlement agreement) to the attention of Mitchell Palazzo, payable to Great Divide insurance Company out of DeFino Law Associates, P.C. Escrow Account is allowed;

(J) Payment of $86,756.12 representing the net settlement of the Third Party Claims to Francis and Theresa O'Brien is allowed;

(K) From the Debtors' combined share of both the Worker's Compensation and Third Party Settlement Claims, $186,756.12 shall be made payable to William C. Miller, Trustee, P.O. Box 1799, Memphis, Tennessee 38101-1799, towards the funding of their chapter 13 plan;

BY THE COURT

*Magdeline D. C——*
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106