United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-16972-mdc
Francis P. O'Brien                                                            Chapter 13
Theresa L. O'Brien
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR             Page 1 of 1                Date Rcvd: Dec 22, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db/jdb         +Francis P. O'Brien,    Theresa L. O'Brien,    4450 Garden Street,    Philadelphia, PA 19137-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Central Penn Capital Management, LLC
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JOHN L. MCCLAIN    on behalf of Debtor Francis P. O'Brien aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Theresa L. O'Brien aaamcclain@aol.com,
               edpabankcourt@aol.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              STEPHEN M HLADIK    on behalf of Creditor    Central Penn Capital Management, LLC
               shladik@hoflawgroup.com, debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   O'Brien, Francis P.
   O'Brien, Theresa L.
      Debtors : 16-16972 mdc

### AMENDED ORDER
### ALLOWING SETTLEMENT OF DEBTORS'
### WORKER'S COMPENSATION CLAIM, THIRD PARTY CLAIMS AND APPROVAL OF
### PAYMENT OF COUNSEL FEES AND COSTS

**AND NOW,** this 21st day of December 2017, upon consideration of the Motion of Debtors, Francis P. O'Brien and Theresa L. O'Brien, for settlement of Debtors' Worker's Compensation Claim, Third Party Claims, and payment of counsel fees and costs, and any answer thereto, it is hereby **ORDERED** as follows:

(A) Debtor's settlement of his Worker's Compensation Claim for $125,000.00 is hereby approved;

(B) Payment of 20% counsel fees of Worker's Compensation Claim settlement in the amount of $25,000.00 to Jim Muller, Esquire is allowed;

(C) Payment of $12,070.95 for cost reimbursement of Worker's Compensation Claim Settlement payable to Jim Muller, Esq., payable directly to Jim Muller, Esquire, from Great Divide Insurance Company is allowed;

(D) Payment to Debtor of $100,000.00 representing the net worker's compensation settlement/asset of Francis O'Brien is allowed;

(E) Debtors' settlement of their Third Party Claims for $265,000.00 is hereby approved;

(F) Payment of 37% legal fee of the Third Party Settlement Claims in the amount of $98,050.00 from the proceeds of the Third Party Settlement Agreement to DeFino Law Associates, P.C. General Account payable out of DeFino Law Associates, P.C. Escrow Account is allowed;

(G) Payment of $6,268.81 for costs of litigation the Third Party Settlement Claims from the proceeds of the Third Party Settlement Agreement to DeFino Law Associates, P.C. General Account payable out of DeFino Law Associates, P.C. Escrow Account is allowed;

(H) Payment of $10,000.00 for the reduced settlement amount of Thomas Jefferson Bill from the proceeds of the Third Party Settlement Agreement payable to

Thomas Jefferson University Hospital to the attention of Jack Zasowski, payable out of DeFino Law Associates, P.C. Escrow Account is allowed;

(I) Payment of $63,925.07 from the proceeds of the Third Party Settlement Agreement for reimbursement payment of Frank's Worker's compensation lien pursuant to PA LmC - 380 Rev 09-13 (third party settlement agreement) to the attention of Mitchell Palazzo, payable to Great Divide insurance Company out of DeFino Law Associates, P.C. Escrow Account is allowed;

(J) Payment of $86,756.12 representing the net settlement of the Third Party Claims to Francis and Theresa O'Brien is allowed;

(K) From the Debtors' combined share of both the Worker's Compensation and Third Party Settlement Claims, $186,756.12 shall be made payable to William C. Miller, Trustee, P.O. Box 1799, Memphis, Tennessee 38101-1799, towards the funding of their chapter 13 plan; and

BY THE COURT

*Magdeline D. C——*
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106