**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 16-16972-MDC

FRANCIS P. O'BRIEN
THERESA L. O'BRIEN
4450 GARDEN STREET

PHILADELPHIA, PA 19137

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FRANCIS P. O'BRIEN
    THERESA L. O'BRIEN
    4450 GARDEN STREET

    PHILADELPHIA, PA 19137

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                            /S/ William C. Miller

Date: 8/7/2018                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee