## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Theresa L. O'Brien aka Theresa Lynn O'Brien<br>          Francis P. O'Brien aka Francis Patrick O'Brien<br>                              Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC, its successors and/or assigns<br>                              Movant<br>               vs. | |
| Theresa L. O'Brien aka Theresa Lynn O'Brien<br>Francis P. O'Brien aka Francis Patrick O'Brien<br>                              Debtor(s) | NO. 16-16972 MDC |
| William C. Miller Esq.<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **December 6, 2016; Docket No. 25**.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

October 2, 2018