**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    O'Brien, Francis P.              : Chapter 13
    O'Brien, Theresa L.

        Debtors                    : 16-16972 mdc

**CERTIFICATE OF SERVICE**

    I certify that on October 6, 2018, copies of the **Debtor's Motion to Approve Realtor/Broker, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

Dated: October 6, 2018.

                "/s/" Mitchell J. Prince
                John L. McClain, Esquire
                Mitchell J. Prince, Esquire
                Attorneys for debtor

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137

Kelly Stipa ABR, SRES
Springer Realty Group
725 Skippack Pike, Suite 345
Blue Bell, PA 19422
Office: 484.498.4000
Mobile: 267.249.9000 (I text)
www.springerrealtygroup.com/agents/kelly-stipa/