IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                     :
                                           :        In Chapter 13
       FRANCIS P. O'BRIEN,                 :
                                           :        Bankruptcy No. 16-16972 (MDC)
                           Debtor.         :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #79 filed by the City of Philadelphia on July 26, 2018.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 9, 2018         By:    /s/ Pamela Elchert Thurmond
                                      PAMELA ELCHERT THURMOND
                                      Deputy City Solicitor
                                      PA Attorney I.D. 202054
                                      City of Philadelphia Law Department
                                      1401 JFK Blvd., 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0508 (phone)
                                      215-686-0588 (facsimile)
                                      Email: Pamela.Thurmond@phila.gov