**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| O'Brien, Francis P. | | |
| O'Brien, Theresa L. | | |
| Debtors | : | 16-16972 mdc |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE COURT

    The Debtors hereby withdraw the document captioned **Motion to Approve To Sell Real Property** filed by counsel for the Debtors on October 26, 2018 (Doc. No. 95) *as incorrect.*

Date:  October 26, 2018

<u>"/s/"Mitchell J. Prince</u>
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor