**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| O'Brien, Francis P. | : Chapter 13 |
| O'Brien, Theresa L. | |
| Debtors | : 16-16972 mdc |

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2018, I mailed by regular first class mail and or by electronic means, a copy of the Debtors' Application for Order to Sell Real Property Free and Clear of Liens and Order Requiring Answer and Notice of Hearing to Consider Application to the parties listed below.

Dated: October 26, 2018.

                                             "/s/" Mitchell J. Prince
                                             John L. McClain, Esquire
                                             Mitchell J. Prince, Esquire
                                             Attorneys for debtor

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Francis P. and Theresa L. O'Brien
4450 Garden Street
Philadelphia, PA 19137

PAMELA ELCHERT THURMOND
Deputy City Solicitor
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
Email: Pamela.Thurmond@phila.gov

Central Penn Management, LLC
c/o James C. Vandermark, Esquire
White and Williams
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
vandermarkj@whiteandwilliams.com

Kelly Stipa ABR, SRES
Springer Realty Group
725 Skippack Pike, Suite 345
Blue Bell, PA 19422

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106