**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| O'Brien, Francis P. | : Chapter 13 |
| O'Brien, Theresa L. | |
| Debtors | : 16-16972 mdc |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Motion to Approve** Mortgage Loan Second Amendment Agreement**, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on November 3, 2018.

_"/s/"Mitchell J.Prince]
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtors

John L. McClain and Associates
Attorneys at Law
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Central Penn Management, LLC
c/o James C. Vandermark, Esquire
White and Williams
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
vandermarkj@whiteandwilliams.com

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137