**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    O'Brien, Francis P.              : Chapter 13
    O'Brien, Theresa L.

        Debtors                   : 16-16972 mdc

## ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

**AND NOW,** this 1st day of November 2018, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker Springer Realty Group by its designated licensee and realtor, Kelly Stipa ABR, SRES for the purpose of selling their commercial property located at 4700 Richmond Street, Philadelphia, PA 19137-2217, Philadelphia, PA 19137-2217.

BY THE COURT:

Dated:_____      _____
                                             Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137

Kelly Stipa ABR, SRES
Springer Realty Group
725 Skippack Pike, Suite 345
Blue Bell, PA 19422
Office: 484.498.4000
Mobile: 267.249.9000 (I text)
www.springerrealtygroup.com/agents/kelly-stipa/

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106