IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : In Chapter 13 |
| FRANCIS P. O'BRIEN, and | : |
| THERESA L. O'BRIEN, | : Bankruptcy No. 16-16972 (MDC) |
| | : |
| Debtors. | : |
| | : |

**ORDER FOR AN EXPEDITED HEARING ON FRANCIS P. O'BRIEN, THERESA L. O'BRIEN, AND CENTRAL PENN CAPITAL MANAGEMENT, LLC'S JOINT MOTION FOR (I) SCHEDULING A CONFIRMATION HEARING AND (II) SCHEDULING AN EXPEDITED HEARING**

AND NOW, upon consideration of the Joint Motion of Francis P. O'Brien, Theresa L. O'Brien, and Central Penn Capital Management, LLC for (I) Scheduling a Confirmation Hearing and (II) Scheduling an Expedited Hearing (the "**Motion**") filed by Francis P. O'Brien and Theresa L. O'Brien (the "**Debtors**") and Central Penn Capital Management, LLC ("**Central Penn**" and with the Debtors, collectively, the "**Movants**"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **November 29**, 2018, at 9:30 a.m., **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed until the time of the hearing and will be considered at the hearing.

4. The Debtors shall serve a copy of the Motion and this Order on the U.S. Trustee, individual respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or email transmission **no later than** 5:00 p.m. **on**

\_\_November 7, 2018_____. Service under this Paragraph is effective if made to each party identified above through the Court's CM/ECF system.

November 6, 2018

*Magdeline D. Coleman*

JUDGE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY COURT