### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13

**O'Brien, Francis P.**
**O'Brien, Theresa L.**
      **Debtors**

                                        :       16-16972 mdc

### CERTIFICATE OF SERVICE

I certify that on <u>November 7, 2018</u> the standing trustee and all creditors of the debtors at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket were served a copy of the Order Scheduling Hearing re: Expedited Motion to Set Hearing (Confirmation Hearing) filed by Creditor Central Penn Capital Management, LLC, Debtor Francis P. O'Brien, and Joint Debtor Theresa L. O'Brien. Hearing scheduled for 11/29/2018 at 09:30 AM at nix2 - Courtroom #2 either by way of ECF, electronic means or by first class regular U.S. mail.


Dated:<u>November 7, 2018</u>

                                        <u>"/s/"Mitchell J. Prince</u>
                                        John L. McClain, Esquire
                                        Mitchell J. Prince, Esquire
                                        Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072