United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16972-mdc
Francis P. O'Brien                                                    Chapter 13
Theresa L. O'Brien
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR              Page 1 of 1           Date Rcvd: Nov 05, 2018
                          Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
              +Kelly Stipa ABR SRES,    Springer Realty Group,    725 Skippack Pike Ste 345,
                Blue Bell, Pa 19422-1752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Central Penn Capital Management, LLC
                debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JOHN L. MCCLAIN    on behalf of Creditor    Central Penn Capital Management, LLC aaamcclain@aol.com,
                edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Francis P. O'Brien aaamcclain@aol.com,
                edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Theresa L. O'Brien aaamcclain@aol.com,
                edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
                karena.blaylock@phila.gov
              STEPHEN M HLADIK    on behalf of Creditor    Central Penn Capital Management, LLC
                shladik@hoflawgroup.com, debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                 TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    O'Brien, Francis P.     : Chapter 13
    O'Brien, Theresa L.

   Debtors       : 16-16972 mdc

### ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

**AND NOW,** this 1st day of November 2018, upon consideration of the application by Debtors, it is hereby **ORDERED** as follows:

Debtor is authorized to employ Broker Springer Realty Group by its designated licensee and realtor, Kelly Stipa ABR, SRES for the purpose of selling their commercial property located at 4700 Richmond Street, Philadelphia, PA 19137-2217, Philadelphia, PA 19137-2217.

BY THE COURT:

Dated:_____   _____
               Bankruptcy Judge


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

O'Brien, Francis P.
O'Brien, Theresa L.
4450 Garden Street
Philadelphia, PA 19137

Kelly Stipa ABR, SRES
Springer Realty Group
725 Skippack Pike, Suite 345
Blue Bell, PA 19422
Office: 484.498.4000
Mobile: 267.249.9000 (I text)
www.springerrealtygroup.com/agents/kelly-stipa/

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106