IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

O'Brien, Francis P.   : Chapter 13
O'Brien, Theresa L.
    Debtors   : 16-16972 mdc

## ORDER

AND NOW, this 20th day of November 2018, upon consideration of the application by Debtors, **Francis P. and Theresa L. O'Brien** it is hereby **ORDERED** as follows:

1. The Debtors' Motion to Sell their commercial property located at 4700 Richmond Street, Philadelphia, PA 19137-2217, Philadelphia, PA 19137-2217 ("property"), is hereby approved.

2. The Court finds the Buyer to be a purchaser in good faith.

3. The Debtors are authorized and permitted to make the following, distributions from proceeds generated at settlement:

    (a) Any and all past due real estate taxes, if any, and present real estate taxes if any, shall be prorated to the date of settlement,

    (b) Municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present municipal claims prorated at settlement;

    (c) Any mortgage claim existing on the subject premises; Central Penn Management, LLC will be paid subject to a proper payoff quote at the time of closing and that any amount short of full payoff will be subject to Central Penn Management, LLC's approval. Debtors will not receive any proceeds from the sale and all excess funds shall be paid to Central Penn Management, LLC; and

    (d) All applicable closing costs including any real estate transfer taxes, realtor's commission paid in conformity with the terms, and conformity with the terms, and condition of the agreement of sale.

4. This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004 (g); and the Debtors are authorized to sign all deeds and other documents needed to transfer good title to the Real Property to the Buyer.

5. The Title Company shall send a copy of the final HUD-1 Settlement Statement to William C. Miller, Trustee, P.O. BOX 1229, Philadelphia, PA 19105, within 2 Days after closing.

BY THE COURT

*Magdeline D. C____*
U.S. BANKRUPTCY JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Francis P. and Theresa L. O'Brien
4450 Garden Street
Philadelphia, PA 19137

PAMELA ELCHERT THURMOND
Deputy City Solicitor
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
Email: Pamela.Thurmond@phila.gov

Central Penn Management, LLC
c/o James C. Vandermark, Esquire
White and Williams
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
vandermarkj@whiteandwilliams.com

Kelly Stipa ABR, SRES
Springer Realty Group
725 Skippack Pike, Suite 345
Blue Bell, PA 19422

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106