Certificate Number: 03088-PAE-DE-032827061

Bankruptcy Case Number: 16-16972



03088-PAE-DE-032827061

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 16, 2019</u>, at <u>12:11</u> o'clock <u>AM CDT</u>, <u>Theresa L O'Brien</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>May 16, 2019</u>          By:   <u>/s/Doug Tonne</u>

                              Name:  <u>Doug Tonne</u>

                              Title:  <u>Counselor</u>