United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16972-mdc
Francis P. O'Brien                                                      Chapter 13
Theresa L. O'Brien
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2               Date Rcvd: Jun 13, 2019
                              Form ID: 138NEW           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db/jdb         +Francis P. O'Brien,    Theresa L. O'Brien,    4450 Garden Street,    Philadelphia, PA 19137-2014
13801657       +Asset Maximization Group. Inc,    26-12 Borrough Pl,    Suite 6B,    Woodside, NY 11377-7835
13801659       +Central Penn Capital Management LLC,    c/o Noble Real Estate LLC,    PO Box 1340,
                 Salem, NH 03079-1139
13865416       +Central Penn Capital Management, LLC,    1817 Olde Homestead Lane,    Lancaster, PA 17601-6751
13801666       +Discover Financial Service LLc,    PO Box 15316,    Wilmington, DE 19886-5316
13801668      #+Eastern Account System,    75 Glen Rd, Ste 110,    Sandy Hook, CT 06482-1175
14227071       +James C. Vandermark, Esquire,    White and Williams LLP,    c/o Central Penna Capital Mgmt,
                 1650 Market Street, 18th Floor,    Philadelphia, PA 19103-7395
13801671       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14305170       +LoanCare, LLC,    c/o Francis T. Tarlecki,    Suite 1400,    123 South Broad Street,
                 Philadelphia, PA 19109-1060
13801675       +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13819682       +Thomas I. Puleo Esquire,    Ditech Financial LLC,    KML Law Group P.C.,
                 701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13801678       +Trojan Professional,    PO Box 1270,    Los Alamitos, CA 90720-1270
13968878       +U.S Dept of ED/Mohela,    633 Spirit Drive,    Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:08     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:04      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13801656       +E-mail/Text: bkrpt@retrievalmasters.com Jun 14 2019 03:31:34
                 AMCA/Amer Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
13801655       +E-mail/Text: EBNProcessing@afni.com Jun 14 2019 03:31:44     Afni, Inc.,    PO Box 3247,
                 Bloomington, IL 61702-3247
13801658       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 14 2019 03:32:59
                 Berks Credit & Collections,    PO Box 329,    Temple, PA 19560-0329
13801660        E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:08     City of Philadelphia,
                 Department of Revenue,    PO Box 41496,    Phila, PA 19101
13801661        E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:08     City of Philadelphia,
                 Finance Dept-13th Floor,    1401 JFK Boulevard,    Philadelphia, PA 19102
13889545        E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:08     Water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,    Law Department - Tax Unit,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
13891581       +E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:07
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13801663       +E-mail/Text: documentfiling@lciinc.com Jun 14 2019 03:30:32     Comcast Cable Communication,
                 1 Comcast Ctr,    Philadelphia, PA 19103-2833
13801664       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:12     Department of Revenue,
                 Commonwealth of PA,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13801665       +E-mail/Text: mrdiscen@discover.com Jun 14 2019 03:30:38     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
13801667       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 14 2019 03:30:52     Ditech,    Attn: Bankruptcy,
                 PO Box 6172,    Rapid City, SD 57709-6172
13862599        E-mail/Text: bankruptcy.bnc@ditech.com Jun 14 2019 03:30:52
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13801670        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 14 2019 03:31:48     Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302
13801672       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 03:25:19      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13801673       +E-mail/Text: ebn@vativrecovery.com Jun 14 2019 03:30:51     Palisades Acquistion, LLC,
                 PO Box 40728,    Houston, TX 77240-0728
13801674       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 14 2019 03:30:52     Peco Energy Company,
                 2301 Market Street N#-1,    Philadelphia, PA 19103-1380
13806296       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13801676       +E-mail/Text: nod.referrals@fedphe.com Jun 14 2019 03:30:39     Phelan, Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
```

```
District/off: 0313-2              User: DonnaR              Page 2 of 2              Date Rcvd: Jun 13, 2019
                                  Form ID: 138NEW           Total Noticed: 36
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13803849          E-mail/PDF: rmscedi@recoverycorp.com Jun 14 2019 03:26:00
                   Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
                                                                                            TOTAL: 23


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13994046*       Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13801669*      +Francis P. O'Brien,   4450 Garden Street,   Philadelphia, PA 19137-2014
13801677*      +Theresa L. O'Brien,   4450 Garden Street,   Philadelphia, PA 19137-2014
13801662     ##+Collection Service Cen,   PO Box 68,   Altoona, PA 16603-0068
                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:

```
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Central Penn Capital Management, LLC
           debersole@hoflawgroup.com, pfranz@hoflawgroup.com
          FRANCIS THOMAS TARLECKI    on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com,
           ecfmail@mwc-law.com
          JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Central Penn Capital Management, LLC
           vandermarkj@whiteandwilliams.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Theresa L. O'Brien aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Creditor    Central Penn Capital Management, LLC aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor Francis P. O'Brien aaamcclain@aol.com,
           edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          STEPHEN M HLADIK    on behalf of Creditor    Central Penn Capital Management, LLC
           shladik@hoflawgroup.com, debersole@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Francis P. O'Brien and Theresa L. O'Brien

       Debtor(s)

Bankruptcy No: 16–16972–mdc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                            For The Court
                                            Timothy B. McGrath
                                            Clerk of Court

Dated: 6/13/19

                                                                     144 – 143
                                                                 Form 138_new