United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis P. O'Brien  
Theresa L. O'Brien  
    Debtors

Case No. 16-16972-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 14, 2019  
                           Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13994046      E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2019 03:32:21  
      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,  
      Rapid City, South Dakota 57709-6154  
                                                                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:

        ALEXANDRA T. GARCIA    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Central Penn Capital Management, LLC debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
        FRANCIS THOMAS TARLECKI    on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com  
        JAMES CHRISTOPHER VANDERMARK    on behalf of Creditor    Central Penn Capital Management, LLC vandermarkj@whiteandwilliams.com  
        JOHN L. MCCLAIN    on behalf of Joint Debtor Theresa L. O'Brien aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Creditor    Central Penn Capital Management, LLC aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Debtor Francis P. O'Brien aaamcclain@aol.com, edpabankcourt@aol.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
        STEPHEN M HLADIK    on behalf of Creditor    Central Penn Capital Management, LLC shladik@hoflawgroup.com, debersole@hoflawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                          TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16972-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Francis P. O'Brien
4450 Garden Street
Philadelphia PA 19137

Theresa L. O'Brien
4450 Garden Street
Philadelphia PA 19137

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/13/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/16/19

Tim McGrath
**CLERK OF THE COURT**