United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis P. O'Brien  
Theresa L. O'Brien  
    Debtors

Case No. 16-16972-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jun 28, 2019  
                            Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.  
db/jdb    +Francis P. O'Brien,   Theresa L. O'Brien,   4450 Garden Street,   Philadelphia, PA 19137-2014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:

        ALEXANDRA T. GARCIA   on behalf of Creditor   LoanCare, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Central Penn Capital Management, LLC debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
        FRANCIS THOMAS TARLECKI   on behalf of Creditor   LoanCare, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com  
        JAMES CHRISTOPHER VANDERMARK   on behalf of Creditor   Central Penn Capital Management, LLC vandermarkj@whiteandwilliams.com  
        JOHN L. MCCLAIN   on behalf of Joint Debtor Theresa L. O'Brien aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN   on behalf of Creditor   Central Penn Capital Management, LLC aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN   on behalf of Debtor Francis P. O'Brien aaamcclain@aol.com, edpabankcourt@aol.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
        STEPHEN M HLADIK   on behalf of Creditor   Central Penn Capital Management, LLC shladik@hoflawgroup.com, debersole@hoflawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com

                                      TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Francis P. O'Brien and Theresa L. O'Brien

Debtor(s)  Case No: 16–16972–mdc

___

*ORDER*

    AND NOW, 6/28/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Magdeline D. Coleman

Chief Judge ,United States Bankruptcy Court